No. 186. FIGUEROA, PETITIONER, v. SEPÚLVEDA, DISTRICT JUDGE, RESPONDENT.—Certiorari. April 23, 1917. *Petition denied.*

No. 1165. PEOPLE, APPELLEE, v. FALÚ, APPELLANT.—Violation of Section 300 of the Penal Code. San Juan, Section 2. April 23, 1917. *Affirmed.*

No. 1629. BARQUET BROTHERS, APPELLEES, v. LAZALDE, APPELLANT.—Action of Debt. Ponce. April 24, 1917. *Dismissed.*

No. 1121. PEOPLE, APPELLEE, v. MARTÍNEZ, APPELLANT.—Burglary. San Juan, Section 2. April 24, 1917. *Affirmed.*

No. 1165. FAJARDO SUGAR COMPANY, APPELLANT, v. QUIÑONES, APPELLEE.—Injunction. San Juan, Section 2. April 24, 1917. *Dismissed for lack of transcript of record.*

No. 1167. PEOPLE, APPELLEE, v. ROMERO, APPELLANT.—Malicious Mischief. April 24, 1917. San Juan, Section 2. *Affirmed.*

No. 1166. PEOPLE, APPELLEE, v. ROMERO, APPELLANT.—Malicious Mischief. April 24, 1917. San Juan, Section 2. *Affirmed.*

No. 1117. PEOPLE, APPELLEE, v. ENCARNACIÓN, APPELLANT.—Murder in First Degree. San Juan, Section 2. April 26, 1917. *Dismissed because of death of accused.*